<u>AFFIDAVIT OF TASK FORCE OFFICER ELIEZER FELICIANO</u>
<u>03:06-mj- 00099-  JDR</u>

<u>BACKGROUND AND EXPERIENCE</u>

1.     I am a United States Drug Enforcement Administration (DEA) Task Force Officer, assigned to the Seattle Field Division, Anchorage District Office, Alaska Interdiction Group. I have over fifteen (15) years of law enforcement experience with the Municipality of Anchorage Police Department. I have been a Task Force Officer for approximately four (4) years. As part of my duties I investigate and interdict individuals in Alaska attempting to traffic controlled substances such as marijuana, cocaine, methamphetamine and heroin, in violation of Title 21, United States Code, Sections 841(a)(1), 843(b), and substances mailed in violation of Title 18, United States Code, Section 1716.

2.     I have obtained my Advanced Police Officer Certificate from the Alaska Police Standards Council. I hold a Bachelor of Science Degree in Human Services/Criminal Justice. Eight (8) of my fifteen (15) years of experience have been as a Patrol Officer. Six (6) of my fifteen years has been as an Investigator. My duties include watching for illegal activities, interviewing witnesses, victims and suspects, identifying people involved, developing probable cause for cases, handling and processing various types of evidence, and assembling cases for prosecution. In February 2001 I attended the Uniformed Investigators School, which specializes in techniques and processing of crime scenes. I have received specialized training in identification, field testing, and investigation of illegal drug activity in the police academy. I have assisted other officers and detectives with controlled substance cases as evidence custodian, surveillance team member, photographer, entry/search team member, and handler of confidential & citizen informants. I have been the case officer on drug cases and controlled delivery

cases, assigning and directing other officers in the investigations.

3. From March 2001 to present, I have been assisting the DEA with intercepting illegal narcotics from transportation facilities (airport, seaport, courier services, etc.). In March 2002 in Phoenix, Arizona, I successfully completed Operation Jetway training, which taught techniques used by drug dealers to ship illegal narcotics through transportation facilities. May 2002 in Reno, Nevada, I attended the SKYNARC Criminal/Narcotics Interdiction Training, which provided updates to drug interdiction task force officer to include the latest trends used by drug dealers to transport illegal narcotics using transportation sources. June 2002 in Wasilla, Alaska, I attended the DEA Basic Drug Investigations School. This school was an overall drug investigation school, which discussed all aspects of the drug culture and the process of collecting evidence for prosecution. August 2002 in Quantico, Virginia, I attended the DEA Clandestine Laboratory Investigation/Safety Certification Program, which deals with the processing of Clandestine Methamphetamine laboratories.

INVESTIGATION

4. On 05-30-06, agents/officers of the the Southern Nevada Interdiction Task Force (SNITF) were contacted by an employee of the United Parcel Service (UPS) in Las Vegas, Nevada.

5. The employee told the agents/officers that the employee considered the UPS Parcel bearing the UPS tracking number 1Z35116W0167427816 suspicious and the employee opened the package according to UPS policy.

6. After the employee opened the UPS parcel, tracking number 1Z35116W0167427816, the employee contacted law enforcement.

7. After law enforcement was contacted Detective Dale Jaeger applied a scent detection K-9 team to the package and received a positive indication for the presence of a controlled substance. Following the positive indication from the K-9, Det. Jeager conducted a field test which gave a positive indication for the presence of cocaine. The package contained approximately three kilograms of cocaine and was being sent to an address in Anchorage.

8. On 05-31-06, Las Vegas investigators shipped the suspected cocaine to the Alaska Interdiction Task Force for a controlled delivery in an attempt to determine the ultimate recipient of the suspected cocaine.

9. On 06-01-06, S/A Hollingshead received the UPS parcel, tracking number 1Z35116W0167427816, and the approximately three kilograms of suspected cocaine. S/A Hollingshead noted that the parcel was addressed to Betty FLOWERS at 3902 Harding Drive #A, Anchorage, Alaska 99517

10. On 06-01-06, agents/officers of the Alaska Interdiction Task Force and the Counter Drug Support Program personnel established surveillance on the residence located at 3902 Harding Drive, #A, Anchorage, Alaska. While the surveillance was being conducted, the surveillance agents/officers observed a white GMC Yukon, bearing the Alaska Licence plate EYC-795 arrive and depart the vicinity of 3902 Harding Drive #A on at least four occasions. CDSP Tech Sgt. Vic Ward noted that a black male, subsequently identified as Yaside Jamaan MOTLEY, wearing an orange shirt, was an occupant of the white GMC Yukon, bearing the Alaska Licence plate EYC-795 on each of the four occasions.

11. On 06-01-06, S/A Hollingshead obtained a court order, 3:06-mj-00095-JDR, for the installation and monitoring of an electronic monitoring device and the agents/officers placed an electronic monitoring device and purported cocaine into the UPS parcel with the tracking number 1Z35116W0167427816. In addition to the purported cocaine, the agents/officers placed a theft detection powder on the purported cocaine.

12. On 06-01-06, at approximately 2:40 P.M., S/A Hollingshead working in an undercover capacity delivered the UPS parcel, tracking number 1Z35116W0167427816, to a white male, wearing a white hat and a white T-shirt, who provided S/A Hollingshead with the last name BARTHOLOMEW. The white male was subsequently identified as Tyler Christian BARTHOLOMEW.

13. After the UPS parcel was delivered, the agents/officers observed as BARTHOLOMEW got into a vehicle and traveled to the vicinity of 1627 West 32nd Avenue, Anchorage, Alaska. BARTHOLOMEW went inside the building and took the package with him.

14. Shortly thereafter, the white GMC Yukon, bearing the Alaska License plate EYC-795, with black male driver, wearing an orange shirt, subsequently identified as MOTLEY, arrived in the vicinity of 1627 West 32nd Avenue, Anchorage, Alaska. MOTLEY went inside the building.

15. At approximately 3:07 P.M., the agents/officers received an indication from the electronic monitoring device that the UPS parcel, tracking number 1Z35116W0167427816, was opened.

16. At approximately 3:16 P.M., the agents/officers entered the apartment complex located at 1627 West 32nd Avenue, Anchorage, Alaska. While entering the apartment complex, the agents/officers saw MOTLEY opening the door to the apartment marked with the number 602. The officers observed BARTHOLOMEW standing approximately three feet from MOTLEY.

17. After the agents/officers observed MOTLEY and BARTHOLOMEW the agents/officers secured MOTLEY and BARTHOLOMEW with hand cuffs and the agents/officers secured the residence. While securing the residence, located at 1627 West 32nd Avenue, #602, the agents/officers noted that in plain view was the opened UPS parcel, tracking number 1Z35116W0167427816, and the purported cocaine in the kitchen area and on the stove located inside the residence located at 1627 West 32nd Avenue.

18. In addition to the UPS parcel, the agents/officers observed a military style weapon, described as an AR-15, in plain view, behind the front door of the residence located at 1627 West 32nd Avenue #602, Anchorage, Alaska. The agents/officers secured the weapon.

19. After the agents/officers secured the residence, the agents/officers observed theft detection ointment on the hands of both, BARTHOLOMEW and MOTLEY.

20. Investigators applied for and were granted a search warrant for the residence located at 1627 West 32nd Avenue, apartment 602. Investigators recovered, among other things, the AR-15 semi-automatic rifle, over 100 grams of cocaine base, and approximately three other firearms from the residence.

FURTHER YOUR AFFIANT SAYTH NAUGHT

/s/ Eliezer Feliciano

Task Force Officer Eliezer Feliciano
Drug Enforcement Administration