```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

U.S.A. vs <u>TYLER C. BARTHOLOMEW</u>    CASE NO. <u>3:06-mj-00099-02-JDR</u>
Defendant: <u>X</u> Present <u>X</u> In Custody

BEFORE THE HONORABLE:          <u>JOHN D. ROBERTS</u>

DEPUTY CLERK/RECORDER:         <u>APRIL KARPER</u>

UNITED STATES ATTORNEY:        <u>FRANK RUSSO</u>

DEFENDANT'S ATTORNEY:          <u>MJ HADEN - FRIEND OF THE COURT</u>

U.S.P.O.:                      <u>PAULA MCCORMICK</u>

PROCEEDINGS: INITIAL APPEARANCE ON COMPLAINT HELD JUNE 2, 2006:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 3:36 p.m. court convened.

<u>X</u> Copy of Complaint given to defendant: read.

<u>X</u> Defendant advised of general rights, charges, and penalties.

<u>X</u> Defendant sworn.

<u>X</u> Defendant stated true name: <u>Same as above.</u>

<u>X</u> Financial Affidavit filed.
 <u>X</u> Federal Public Defender to appoint CJA counsel; FPD notified.

<u>X</u> Defendant detained. Detention/Preliminary Hearing set for
   **June 8, 2006 at 2:00 p.m.** before U.S. Magistrate Judge
   Terrance W. Hall

<u>X</u> Order of Temporary Detention Pending Hearing **FILED.**

<u>X</u> OTHER: <u>Court and counsel heard re plaintiff's oral motion for a detention hearing;</u> **GRANTED.**

At 3:48 p.m. court adjourned.


DATE:    <u>June 2, 2006</u>        DEPUTY CLERK'S INITIALS:  <u>ak</u>