DEBORAH M. SMITH
Acting United States Attorney

LAWRENCE D. CARD
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: larry.card@usdoj.gov
AK Bar No. 8011068

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | No. 3:06-mj-00099-JDR |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **NOTICE** |
| vs. | ) | |
| | ) | |
| YASIDE J. MOTLEY and | ) | |
| TYLER C. BARTHOLOMEW, | ) | |
| | ) | |
| Defendants. | ) | |

COMES NOW the United States Attorney's Office, by and through Lawrence D. Card, Assistant U.S. Attorney, and hereby enters a substitution of counsel on behalf of the United States of America.

All further pleadings and correspondence, etc. shall be sent to the following address:

>   Lawrence D. Card
>   Assistant U.S. Attorney
>   222 West 7th Avenue, Room 253, #9
>   Anchorage, AK  99513-7567
>   (907) 271-5071
>   Fax: (907) 271-1500
>   E-mail: larry.card@usdoj.gov
>   AK Bar No. 8911061

RESPECTFULLY SUBMITTED on this 5th of June, 2006, in Anchorage, Alaska.

>   DEBORAH M. SMITH
>   Acting United States Attorney
>
>   s/ Lawrence D. Card
>   Assistant U.S. Attorney
>   222 West 7th Ave., #9, Rm. 253
>   Anchorage, AK 99513-7567
>   Phone: (907) 271-5071
>   Fax: (907) 271-1500
>   E-mail: larry.card@usdoj.gov
>   Alaska Bar No. 8011068

**CERTIFICATE OF SERVICE**
I hereby certify that on June 5, 2006
a copy of the foregoing NOTICE OF
APPEARANCE  was served
via electronically to:

M.J Haden

T. Burke Wonnell

s/ Lawrence D. Card

**U.S. v. MOTLEY, et al.**
3:06-mj-00099-JDR                                         2